Inmate name _Armfield_

IDOC No. _137778_

Address _BOISE_

_____

Defendant

IN THE DISTRICT COURT OF THE _Idaho_ JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF _ada_

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | |
| | ) | Case No. _CR01-20-0920_ |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF** |
| vs. _armfield_ | ) | **DEFENDANT** |
| _____, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STATE OF IDAHO )

County of _ada_ ) ss

_anrow_ , after first being duly sworn upon his/her oath, deposes

and says as follows: _I will not do my crime_

_again_

_____

_____

_____

_____

_____

_____

AFFIDAVIT OF DEFENDANT - 1
Revised: 13/24/16

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Further your affiant sayeth naught.

DATED This ___ day of _____, 20___.

_____
Defendant

## CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date:_____

_____                    _____
Typed/Printed                               Signature

AFFIDAVIT OF DEFENDANT - 2
Revised: 13/24/16

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the ___9___ day of ___November___,
20 _21_, I mailed a true and correct copy of the DEFENDANT'S AFFIDAVIT via prison mail system for processing to the U.S. mail system to:

_____Ada_____ County Prosecuting Attorney

_____

_____

_____


_____X137778_____
Defendant


AFFIDAVIT OF DEFENDANT - 3
Revised: 13/24/16